IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NATHAN DONALD PELHAM

NO.  3:23-MJ-386-BK

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Nathan Donald Pelham**, pursuant to 18 U.S.C. §3142(e) and (f).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    _X_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. Reason for Detention.  The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

**Motion for Detention—Page 1**

3. <u>Rebuttable Presumption.</u>  The United States will not invoke the rebuttable presumption against defendant.

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    \_X\_\_ After continuance of \_\_\_3\_\_ days (not more than 3).

DATED this 18th day of April, 2023.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

 /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8604
Facsimile:   214-659-8802
douglas.brasher@usdoj.gov