IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | No. 3:23-MJ-386 |
| NATHAN DONALD PELHAM | § § § | |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant NATHAN DONALD PELHAM, by and through the undersigned attorney, and files the above-styled Notice of Entry of Appearance of Counsel and in support thereof shows:

**I.**

On the 18th day of April 2023, I hereby enter my appearance as retained counsel for the above-named Defendant in this cause. I understand that it is my duty to continue to represent the Defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court.

Respectfully submitted,

Law Office of MAC MORRIS
7600 San Jacinto Place, Suite 200
Plano, Texas 75024
(214) 597-8127
(972) 673-0278 Fax
mac@macmorrislaw.com

By: /s/Mac Morris
MAC MORRIS
State Bar No. 00792706
Attorney for NATHAN DONALD PELHAM

### CERTIFICATE OF CONFERENCE

I, Mac Morris, certify that I have conferred with Doug Brasher assigned Assistant United States Attorney, and at this time he did not oppose this notice.

/s/Mac Morris
MAC MORRIS