UNITED STATES DISTRICT COURT
FOR THE Northern District of Texas
Dallas

| | |
|---|---|
| USA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 3:23–mj–00386–BK |
| ) | |
| Nathan Donald Pelham ) | |
|     Defendant. ) | |

## DETENTION ORDER

After consultation with counsel, the defendant knowingly and voluntarily waived the right to a hearing on the motion for detention at this time, subject to any reservation of rights on the waiver form. The defendant also knowingly and voluntarily waived the right to a preliminary hearing pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure. Accordingly, the Court finds probable cause to believe the defendant committed the offense(s) charged in the Criminal Complaint. Furthermore, the government's motion for detention is GRANTED.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

SO ORDERED ON 4/19/2023.

_____
Renee Harris Toliver
Magistrate Judge