# UNITED STATES DISTRICT COURT
for the
Northern District of Texas
Dallas Division

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:23-MJ-386-BK |
| NATHAN DONALD PELHAM | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nathan Donald Pelham,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)    Felon in Possession of a Firearm

Date: April 18, 2023

*Issuing officer's signature*

City and state:  Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/18/23, and the person was arrested on *(date)* 04/19/23
at *(city and state)* _____.

Date: 4/19/23

*Arresting officer's signature*

Jeffrey Cotner - Special Agent
*Printed name and title*

FBI-Dw

1154/786